EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN                            JS-6
Assistant United States Attorney
Chief, Civil Division
URMILA R. TAYLOR, CSBN 234655
Special Assistant United States Attorney
     Social Security Administration, Region IX
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Tel.: (415) 977-8958
     Facsimile:  (415) 744-0134
     Email:  urmila.taylor@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ASCENCION GUTIERREZ,<br><br>    Plaintiff,<br><br>       v.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. 8:15-CV-01057-JVS-DTB<br><br>[~~PROPOSED~~]<br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for further administrative proceedings consistent with the Remand Order filed concurrently herewith.

DATED:  March 3, 2016

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE